IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )         2:20cr85-MHT
                            )             (WO)
DIEGO FAGUNDEZ              )
```

ORDER

The court has received defense counsel Lloyd J. Matthews's notice of leave of absence (Doc. 362), in which he informs the court that he will be on vacation during a certain period and that, under a rule that applies in the Georgia courts (and which he apparently hopes applies in this court as well), he "shall be excused from any requirement of appearing during the noticed time period" if there is no objection to his notice within 10 days.  Upon consideration, it is ORDERED that the court declines to be bound by defense counsel's notice, although it will consider his vacation plans if it decides to schedule any hearings in the coming month or so.

In the future, defense counsel should consult the local rules before filing anything with this court, and should consult an experienced federal criminal defense attorney in this district if he is unsure of how to proceed.

DONE, this the 6th day of December, 2021.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**