IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v.    ) | 2:20cr85-MHT |
| ) | (WO) |
| DIEGO FAGUNDEZ     ) | |

## ORDER

Based on the representations made on the record at a telephone status conference on February 6, 2023, it is ORDERED that the jury selection and trial for defendant Diego Fagundez are set for March 13, 2023, at 10:00 a.m., in the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 6th day of February, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**