IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:20cr085-MHT** |
| | ) | (WO) |
| **DIEGO FAGUNDEZ** | ) | |

**ORDER**

Based on the representations made on the record at a status conference on July 20, 2023, and by agreement of the parties, it is ORDERED that (i) the motion to file proposed *voir dire* questions out of time (Doc. 525) is granted and (ii) the motion for immediate release from custody due to medical emergency (Doc. 522) is denied.

DONE, this the 20th day of July, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**